IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>RUSSELL MORRISON<br><br>      Defendant. | 8:18CR355<br><br>**ORDER** |

   This matter is before the court on the defendant's Unopposed Motion to Continue Trial Date [17]. Counsel is seeking additional time to continue researching the government's evidence and negotiate the case with the government. For good cause shown,

   **IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial Date [17] is granted as follows:

   1. The jury trial now set for March 12, 2019, is continued to **June 4, 2019**.

   2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 4, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

   Dated this 18th day of March 2019.

                   BY THE COURT:

                   s/ Michael D. Nelson
                   United States Magistrate Judge